UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Vivian Perez,

    *Plaintiff*,

v.                                             Case No.: 1:25-cv-22260-RKA

NCL (Bahamas) Ltd.,
    *Defendant.*          /

## MOTION TO PROCEED ANONYMOUSLY

Plaintiff, Vivian Perez, hereby files this motion to proceed with the case under a pseudo-name and have her name removed from record and docket and states as follows:

### MEMORANDUM

Plaintiff Perez hereby files this motion to proceed with the case anonymously and proceed with the case under the pseudo-name "Jane Doe." The contents of the lawsuit involve sexual assault claims, and the plaintiff feels unsafe proceeding with the lawsuit using her actual name. Proceeding with the lawsuit under a pseudo-name would also save the plaintiff from further embarrassment and trauma. The plaintiff believes that good cause is shown to allow her to proceed with the lawsuit under the name "Jane Doe." *See e.g. Doe v. Cabrera*, 307 F.R.D. 1 (D.D.C. 2014); *Doe v. Oshrin*, 299 F.R.D. 100 (D.N.J. 2014).

The plaintiff also moves the Court to remove the original complaint from the record and substitute with Exhibit A of this motion. The plaintiff requests that any document containing her name be redacted or removed from the record, and her name removed from the docket itself for privacy.

WHEREFORE, the plaintiff hereby moves the court to allow her to proceed anonymously in the case, and for her name to be completely removed from the docket and all records therein.

Dated this 19th day of May 2025.

                                                */s/ Catherine Saylor*
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172